# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160457(55)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* T.J. DIEHL, Minor.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellant,

v

T.J. DIEHL,
      Respondent-Appellee.
_____/

      SC: 160457
      COA: 345672
      Oakland CC Family Div:
        2017-855352-DL

      On order of the Chief Justice, the motion of petitioner-appellant to adjourn the case from the January 2021 oral argument session of the Court is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2020



Clerk